**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, | |
| Plaintiff, on behalf of itself and all others similarly situated, | No.  1:16-cv-00259-MMS (Judge Sweeney) |
| vs. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**PLAINTIFF HEALTH REPUBLIC INSURANCE COMPANY'S**
**NOTICE OF LODGING OF CERTIFICATION OF CLASS MEMBERSHIP**

Plaintiff Health Republic Insurance Company ("HRIC" or "Plaintiff"), on behalf of itself

and the QHP Issuer Class (the "Class"), hereby lodges a certification of class membership in

accordance with the Court's Order of February 24, 2017 (Dkt. 42).  Attached hereto as Exhibit A

is a list of each class member that opted into the Class whose inclusion the Government does not

contest, and Exhibit B is a list of the 26 class members to which the Government has objected,

along with the Government's basis for objecting.  Exhibit C is a collection of the opt-in forms

completed by each Class member and submitted to Class counsel.  The class includes 177 class

members.

Dated: June 12, 2017

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*/s/ Stephen Swedlow*_____
Stephen Swedlow
stephenswedlow@quinnemanuel.com
500 W. Madison Street, Suite 2450
Chicago, Illinois 60661-2510
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401

J.D. Horton
jdhorton@quinnemanuel.com
Adam B. Wolfson
adamwolfson@quinnemanuel.com
865 S. Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Plaintiff Health Republic
Insurance Company and the Class*

## CERTIFICATE OF SERVICE

I certify that on June 12, 2017, a copy of the attached Plaintiff Health Republic Insurance Company's Notice of Lodging of List of Class Members was served via the Court's CM/ECF system on Defendant's counsel Charles Edward Canter.

*/s/ Stephen Swedlow*
Stephen Swedlow