## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>      Plaintiff,<br>      on behalf of itself and all others similarly situated,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 1:16-cv-00259-MMS<br>(Judge Sweeney) |

### JOINT STATUS REPORT

Pursuant to the Court's July 23, 2020 order (Dkt. 82), the Arches Subclass and the United States submit this joint status report. The Arches Subclass and the United States have agreed in principle to a resolution of the Arches Subclass's risk corridors claim and the government's asserted offsets. The Parties continue to work to finalize language of an agreed stipulation to judgment. Once the parties finalize the agreed stipulation, Arches, which is in liquidation, will submit the agreed stipulation to the court overseeing its liquidation for approval. The Parties request that the Court enter an order requiring the Parties to submit either a stipulation to judgment or a joint status report in 28 days.

DATED:  August 21, 2020

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Stephen Swedlow*
Stephen Swedlow
stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401

J.D. Horton
jdhorton@quinnemanuel.com
Adam B. Wolfson
adamwolfson@quinnemanuel.com
865 S. Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Plaintiff Health Republic Insurance Company and the Class

Respectfully submitted,

MICHAEL GRANSTON
Deputy Assistant Attorney General

RUTH A. HARVEY
Director
Commercial Litigation Branch

KIRK T. MANHARDT
Deputy Director

*/s/ Marc S. Sacks*
MARC S. SACKS
FRANCES M. MCLAUGHLIN
PHILLIP M. SELIGMAN
TERRANCE A. MEBANE
L. MISHA PREHEIM
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044
Tel. (202) 307-1104
Fax (202) 514-9163
marcus.s.sacks@usdoj.gov

*Attorneys for the United States*