# In the United States Court of Federal Claims

No. 16-259C
(Filed: August 24, 2020)

```
*****************************************
HEALTH REPUBLIC INSURANCE           *
COMPANY,                            *
                                    *
               Plaintiff,           *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
               Defendant.           *
*****************************************
```

## ORDER

      On August 21, 2020, the parties in the above-captioned case filed a joint status report regarding their efforts to resolve the claim of the Arches Subclass.  They state that they are "finalizing language of an agreed stipulation to judgment," which will then be submitted to the court overseeing the subclass member's liquidation for that court's approval.  As requested in the joint status report, the parties shall "submit either a stipulation to judgment or a joint status report" **no later than Friday, September 18, 2020**.

      **IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge
