# Exhibit 1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY<br>    Plaintiff,<br>        on behalf of itself and all<br>        others similarly situated,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA<br>Defendant. | No. 1:16-cv-00259-MMS<br>(Judge Sweeney) |
| COMMON GROUND HEALTHCARE COOPERATIVE<br>    Plaintiff,<br>        on behalf of itself and all<br>        others similarly situated,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA<br>Defendant. | No. 1:17-cv-00877-MMS<br>(Judge Sweeney) |

**OBJECTION OF CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. (ALSO IDENTIFIED AS GHMSI IN DOCS. 82 AND 105) AND CAREFIRST BLUECHOICE, INC. TO CLASS COUNSEL'S MOTION FOR APPROVAL OF ATTORNEY'S FEE REQUEST AND JOINDER IN OPPOSITION AND OBJECTION FILED BY OBJECTING CLASS MEMBERS**

CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc. (also identified as GHMSI in Docs. 82 and 105)[1] and CareFirst BlueChoice, Inc. hereby object to Quinn Emanuel's request for over $184 million in fees and join in the opposition and objection filed by Objecting Class Members and incorporate herein the arguments made by Objecting Class Members.

                Respectfully submitted,

                _____
                Patrick de Gravelles
                Litigation General Counsel
                CareFirst BlueCross BlueShield
                840 First Street, N.E., DC12-08
                Washington, D.C.  20065
                Telephone: (202) 680-7457
                Facsimile: (301) 470-5165
                Email: patrick.degravelles@CareFirst.com
                *Attorney for CareFirst of Maryland, Inc.,*
                    *Group Hospitalization and Medical*
                    *Services, Inc., and CareFirst BlueChoice,*
                    *Inc.*

---

[1] Doc. 82 and 105 contain references to both Group Hospitalization and Medical Services, Inc. as well as GHSMI.  Those in fact are the same legal entity.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>    Plaintiff,<br>    on behalf of itself and all others similarly situated,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA<br>    Defendant. | No. 1:16-cv-00259-MMS<br>(Judge Sweeney) |
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>    Plaintiff,<br>    on behalf of itself and all others similarly situated,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA<br>    Defendant. | No. 1:17-cv-00877-MMS<br>(Judge Sweeney) |

**GROUP HEALTH COOPERATIVE AND KAISER FOUNDATION HEALTHPLAN OF THE NW'S OBJECTION TO CLASS COUNSEL'S MOTION FOR APPROVAL OF ATTORNEY'S FEE REQUEST AND JOINDER IN OPPOSITION AND OBJECTION FILED BY OBJECTING CLASS MEMBERS**

Group Health Cooperative and Kaiser Foundation Healthplan of the NW hereby object to Quinn Emanuel's request for over $184 million in fees and join in the opposition and objection filed by Objecting Class Members and incorporate herein the arguments made by Objecting Class Members.

Respectfully submitted,

*/s/ Jack Burns*
JACK BURNS
JBurns@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
Telephone: 619.338.6588

DocuSign Envelope ID: 49E246E6-CD06-4E8B-B500-EF2B6AAF2AA2

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY<br>　　　Plaintiff,<br>　　　on behalf of itself and all others similarly situated,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA<br>　　　Defendant. | No. 1:17-cv-00877-MMS<br>(Judge Sweeney) |

## OSCAR HEALTH'S OBJECTION TO CLASS COUNSEL'S MOTION FOR APPROVAL OF ATTORNEY'S FEE REQUEST AND JOINDER IN OPPOSITION AND OBJECTION FILED BY OBJECTING CLASS MEMBERS

Oscar Health Plan of California, Oscar Insurance Company of Texas, Oscar Insurance Corporation, and Oscar Insurance Corporation of New Jersey, hereby object to Quinn Emanuel's request for over $184 million in fees and join in the opposition and objection filed by the Objecting Class Members and incorporate herein the arguments made by the Objecting Class Members.

Respectfully submitted,

*Harold Greenberg*
—DocuSigned by: 94F96B394380493

HAROLD GREENBERG, ESQ.
General Counsel and Corporate Secretary
Oscar Health Plan of California
Oscar Insurance Company of Texas
Oscar Insurance Corporation
Oscar Insurance Corporation of New Jersey

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>  Plaintiff,<br>   on behalf of itself and all others similarly situated,<br><br> v.<br><br>THE UNITED STATES OF AMERICA<br>   Defendant. | No. 1:16-cv-00259-MMS<br>(Judge Sweeney) |
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>  Plaintiff,<br>   on behalf of itself and all others similarly situated,<br><br> v.<br><br>THE UNITED STATES OF AMERICA<br>   Defendant. | No. 1:17-cv-00877-MMS<br>(Judge Sweeney) |

**PRESBYTERIAN INSURANCE COMPANY, INC. AND PRESBYTERIAN HEALTH PLAN, INC.'S OBJECTION TO CLASS COUNSEL'S MOTION FOR APPROVAL OF ATTORNEY'S FEE REQUEST AND JOINDER IN OPPOSITION AND OBJECTION FILED BY OBJECTING CLASS MEMBERS**

Presbyterian Insurance Company, Inc. and Presbyterian Health Plan, Inc. hereby object to Quinn Emanuel's request for over $184 million in fees and join in the opposition and objection filed by Objecting Class Members and incorporate herein the arguments made by Objecting Class Members.

Respectfully submitted,

*/s/ Margaret McNett*
_____
Margaret McNett

Vice President & Associate General Counsel
Presbyterian Insurance Company, Inc. and Presbyterian
    Health Plan, Inc.
9521 San Mateo Blvd. NE
Albuquerque, New Mexico 87113
505-923-6107

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY<br>　　　Plaintiff,<br>　　　on behalf of itself and all others similarly situated,<br>　　v.<br>THE UNITED STATES OF AMERICA<br>　　　Defendant. | No. 1:17-cv-00877-MMS<br>(Judge Sweeney) |

**PRIORITY HEALTH AND PRIORITY HEALTH INSURANCE COMPANY'S OBJECTION TO CLASS COUNSEL'S MOTION FOR APPROVAL OF ATTORNEY'S FEE REQUEST AND JOINDER IN OPPOSITION AND OBJECTION FILED BY KAISER AND UNITED**

Priority Health and Priority Health Insurance Company hereby objects to Quinn Emanuel's request for over $184 million in fees and joins in the opposition and objection filed by Kaiser and United and incorporates herein the arguments made by Kaiser and United.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Kimberly Thomas, SVP and General Counsel

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>  Plaintiff,<br>  on behalf of itself and all others similarly situated,<br><br> v.<br><br>THE UNITED STATES OF AMERICA<br>  Defendant. | No. 1:16-cv-00259-MMS<br>(Judge Sweeney) |
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>  Plaintiff,<br>  on behalf of itself and all others similarly situated,<br><br> v.<br><br>THE UNITED STATES OF AMERICA<br>  Defendant. | No. 1:17-cv-00877-MMS<br>(Judge Sweeney) |

**SHA, L.L.C AND SOUTHWEST LIFE AND HEALTH INSURANCE COMPANY'S OBJECTION TO CLASS COUNSEL'S MOTION FOR APPROVAL OF ATTORNEY'S FEE REQUEST AND JOINDER IN OPPOSITION AND OBJECTION FILED BY OBJECTING CLASS MEMBERS**

SHA, L.L.C. and Southwest Life and Health Insurance Company hereby object to Quinn Emanuel's request for over $184 million in fees and joins in the opposition and objection filed by Objecting Class Members and incorporates herein the arguments made by Objecting Class Members.

Respectfully submitted,

_____
David H. Ellenbogen
General Counsel
SHA, L.L.C.
August 20, 2020

_____
David H. Ellenbogen
General Counsel
Southwest Life and Health Insurance Company
August 20, 2020