# Exhibit 5

| | |
|---|---|
| From: | Burgin, Meryl <Meryl.Burgin@carefirst.com> |
| Sent: | Thursday, August 20, 2020 7:09 PM |
| To: | Stephen Swedlow; Benjamin Berkman; De Gravelles, Patrick |
| Subject: | RE: Risk Corridors Fee Petition |

[EXTERNAL EMAIL]

Stephen – once again thank you for your response to our discussion last week. You have probably already seen the email from Patrick on my team, but I did want to follow up personally to let you know that for the reasons we discussed, we are joining the Opposition to the Fee Petition on behalf of our CareFirst companies.
Regards,
Meryl
Meryl D. Burgin
CareFirst BlueCross BlueShield
Executive Vice President, General Counsel & Corporate Secretary
Suite 700, CT10-06
1501 S. Clinton Street
Baltimore, Maryland 21224
(410) 528-7906
Meryl.Burgin@CareFirst.com
www.carefirst.com

From: Burgin, Meryl
Sent: Monday, August 17, 2020 6:18 PM
To: Stephen Swedlow ; Benjamin Berkman
Subject: RE: Risk Corridors Fee Petition
Stephen – thank you for your timely response to my inquiries. I am discussing with my client and will let you know the final decision.
Thanks again – Meryl
Meryl D. Burgin
CareFirst BlueCross BlueShield
Executive Vice President, General Counsel & Corporate Secretary
Suite 700, CT10-06
1501 S. Clinton Street
Baltimore, Maryland 21224
(410) 528-7906
Meryl.Burgin@CareFirst.com
www.carefirst.com

From: Stephen Swedlow <stephenswedlow@quinnemanuel.com>
Sent: Monday, August 17, 2020 1:29 PM
To: Burgin, Meryl <Meryl.Burgin@carefirst.com>; Benjamin Berkman <benjaminberkman@quinnemanuel.com>
Subject: Risk Corridors Fee Petition

**CAUTION:** This email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments.

Meryl:

Thanks for giving us the heads up on Friday afternoon you may object to the fee petition. I understand you are meeting with your new CFO/Client today or early this week. The deadline to get your objection to me is Thursday as you know. You asked us to consider whether we would negotiate a lower fee percentage for your client. You also asked us to consider withdrawing our current fee petition and proposing or negotiating a reduced percentage for the class. As for the first request, we believe that is not consistent with our obligations as class counsel nor with what the Court must determine when deciding whether we have requested "reasonable" fees for the class. Fees are determined on a classwide, not individual, basis, even though this is an opt in class action. As for the second request, we continue to believe our original request for 5% in fees is reasonable and warranted under the law for all the reasons outline in our petition and supporting documents.

I recognize this is a business decision for your client and respect your decision either way. I want to clarify the way in which fees will be paid in this case so there is no misunderstanding. Each class member does not receive individual payment from Treasury only to then pay money to class counsel and the claims administrator for fees and costs. As outlined in the Notice and the Court's Order, the Treasury will pay the amount of judgment to the claims administrator then the claims administrator will pay the appropriate amount (as determined by the Court taking into account fees and costs) to each class member pursuant to the payment instructions provided by each class member to the claims administrator. If you have any further questions, as always feel free to email or call me. My cell is 773-610-2512.

Stephen Swedlow
Managing Partner – Chicago
Quinn Emanuel Urquhart & Sullivan, LLP
191 North Wacker Drive, Suite 2700
Chicago, IL 60606
312-705-7488 Direct
stephenswedlow@quinnemanuel.com

**************************************************************************
Unauthorized interception of this communication could be a violation of Federal and State Law. This communication and any files transmitted with it are confidential and may contain protected health information. This communication is solely for the use of the person or entity to whom it was addressed. If you are not the intended recipient, any use, distribution, printing or acting in reliance on the contents of this message is strictly prohibited. If you have received this message in error, please notify the sender and destroy any and all copies. Thank you. ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 855-258-6518 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 855-258-6518 CareFirst BlueCross BlueShield, CareFirst BlueChoice, Inc. and all of their corporate affiliates comply with applicable federal civil rights laws and do not discriminate on the basis of race, color, national origin, age, disability or sex.
**************************************************************************