## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>      Plaintiff,<br>      on behalf of itself and all others similarly situated,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 1:16-cv-00259-MMS<br>(Judge Sweeney) |

## JOINT STATUS REPORT

Pursuant to the Court's August 24, 2020 order (Dkt. 92), the Arches Subclass and the United States submit this joint status report. The Arches Subclass and the United States have agreed to the language of a stipulation to judgment. Arches has initiated the process of obtaining approval to file the stipulation from the court overseeing its liquidation. Accordingly, the Parties request that the Court enter an order requiring the Parties to submit either a stipulation to judgment or a joint status report in 28 days.

| | |
|---|---|
| DATED:  September 18, 2020 | Respectfully submitted, |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MICHAEL GRANSTON<br>Deputy Assistant Attorney General |
| */s/ Stephen Swedlow*<br>Stephen Swedlow<br>stephenswedlow@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone:  (312) 705-7400<br>Facsimile:  (312) 705-7401 | RUTH A. HARVEY<br>Director<br>Commercial Litigation Branch<br><br>KIRK T. MANHARDT<br>Deputy Director |
| J.D. Horton<br>jdhorton@quinnemanuel.com<br>Adam B. Wolfson<br>adamwolfson@quinnemanuel.com<br>865 S. Figueroa Street<br>Los Angeles, California 90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 | */s/ Marc S. Sacks*<br>MARC S. SACKS<br>FRANCES M. MCLAUGHLIN<br>PHILLIP M. SELIGMAN<br>TERRANCE A. MEBANE<br>L. MISHA PREHEIM<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington D.C. 20044<br>Tel. (202) 307-1104<br>Fax (202) 514-9163<br>marcus.s.sacks@usdoj.gov |
| Attorneys for Plaintiff Health Republic Insurance Company and the Class | *Attorneys for the United States* |