# In the United States Court of Federal Claims

No. 16-259C
(Filed: September 21, 2020)

```
*****************************************
HEALTH REPUBLIC INSURANCE       *
COMPANY,                        *
                                *
              Plaintiff,        *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
              Defendant.        *
*****************************************
```

## **ORDER**

     On September 18, 2020, the parties in the above-captioned case filed a joint status report regarding their efforts to resolve the claim of the Arches Subclass. They state that they have agreed to language of the stipulation for judgment, and that Arches Mutual Insurance Company is in the process of obtaining approval of the stipulation from the court overseeing its liquidation. As requested in the joint status report, the parties shall "submit either a stipulation to judgment or a joint status report" **no later than Friday, October 16, 2020**.

     **IT IS SO ORDERED.**

s/ Margaret M. Sweeney<br>
MARGARET M. SWEENEY<br>
Chief Judge