# In the United States Court of Federal Claims

No. 16-259C
(Filed: October 19, 2020)

```
*******************************
HEALTH REPUBLIC INSURANCE      *
COMPANY,                       *
                               *
              Plaintiff,       *
                               *
v.                             *
                               *
THE UNITED STATES,             *
                               *
              Defendant.       *
*******************************
```

## ORDER

On October 16, 2020, the parties in the above-captioned case filed a joint status report regarding their efforts to resolve the claim of the Arches Subclass. They state that the process of obtaining approval to file their agreed-to stipulation from the court overseeing the liquidation of Arches Mutual Insurance Company is ongoing, and that the process may take at least sixty days. Thus, as requested in the joint status report, the parties shall "submit either a stipulation to judgment or a joint status report" **no later than Tuesday, December 15, 2020**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge