# In the United States Court of Federal Claims

No. 16-259C
(Filed: December 16, 2020)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| v. | * * |
| THE UNITED STATES, | * * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On December 15, 2020, the parties in the above-captioned case filed a joint status report regarding their efforts to resolve the claim of the Arches Subclass. They state that their agreed-to stipulation for judgment is pending before the court overseeing the liquidation of Arches Mutual Insurance Company and request another forty-five days to obtain the liquidation court's approval. The court **GRANTS** their request. The parties shall file either a joint stipulation for judgment or a joint status report **no later than Monday, February 1, 2021**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Senior Judge