# In the United States Court of Federal Claims

**No. 16-259 C**
**(Filed:  December 21, 2020)**

**HEALTH REPUBLIC**
**INSURANCE COMPANY**
      **Plaintiff**

    **v.**

**THE UNITED STATES**
      **Defendant**

**NOTICE OF REASSIGNMENT TO:**
    **Judge Kathryn C. Davis**

     Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

                        _____
                              Clerk of Court