# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | No. 16-cv-259C |
| THE UNITED STATES, ) ) | Filed: February 2, 2021 |
| Defendant. ) ) | |

## ORDER

On February 1, 2021, the Arches Subclass and the United States submitted a Joint Status Report regarding their efforts to resolve the Subclass's claim. *See* ECF No. 114. The parties report that their agreed-to stipulation for judgment remains pending before the court overseeing the Subclass's liquidation, and they request an additional 45 days to obtain that court's approval. *See id.*

Having reviewed and considered the parties' status report, the Court **GRANTS** the request. The parties are hereby **ORDERED** to submit either a joint stipulation to judgment or a joint status report by **no later than March 19, 2021.**

**SO ORDERED**.

Dated: February 2, 2021

                                                      */s/ Kathryn C. Davis*
                                                      KATHRYN C. DAVIS
                                                      Judge