IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br>　　　　on behalf of itself and all others<br>　　　　similarly situated,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No.  16-259C<br><br>Judge Davis |

## JOINT STATUS REPORT

Pursuant to the Court's March 19, 2021 order (Dkt. 119), the Arches Subclass and the United States submit this joint status report.  The Arches Subclass and the United States have agreed to the language of a stipulation to judgment, and Arches has submitted the stipulation to the court overseeing its liquidation for approval.  The stipulation remains pending before the liquidation court.  Accordingly, the Parties request that the Court enter an order requiring the Parties to submit either a stipulation to judgment or a joint status report in 45 days.

| | |
|---|---|
| DATED:  May 3, 2021 | Respectfully submitted, |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division |
| */s/ Stephen A. Swedlow*<br>Stephen A. Swedlow<br>stephenswedlow@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone:  (312) 705-7400<br>Facsimile:  (312) 705-7401 | RUTH A. HARVEY<br>Director<br>Commercial Litigation Branch<br><br>KIRK T. MANHARDT<br>Deputy Director |
| J.D. Horton<br>jdhorton@quinnemanuel.com<br>Adam B. Wolfson<br>adamwolfson@quinnemanuel.com<br>865 S. Figueroa Street<br>Los Angeles, California 90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 | */s/ Terrance A. Mebane*<br>MARC S. SACKS<br>FRANCES M. MCLAUGHLIN<br>PHILLIP M. SELIGMAN<br>TERRANCE A. MEBANE<br>L. MISHA PREHEIM<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>Telephone: (202) 307-0493<br>terrance.a.mebane@usdoj.gov |
| *Attorneys for Plaintiff Health Republic Insurance Company and the Class* | *Attorneys for the United States* |