# In the United States Court of Federal Claims

**No. 16-259 C**
**Filed: June 3, 2021**

**HEALTH REPUBLIC**
**INSURANCE COMPANY**

                                                  **RULE 54(b)**
                                                  **JUDGMENT**

     **v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed June 1, 2021, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay, and the parties' stipulation for entry of partial judgment (contained within the parties' joint motion to divide Dispute Subclass into two subclasses), filed April 13, 2020,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that Freelancers Co-Op of New Jersey, Inc. recover of and from the United States the amount of $23,301,140.37 for risk corridors benefit years 2014 and 2015.

Lisa L. Reyes
Clerk of Court

By:    s/ Debra L. Samler

Deputy Clerk