# In the United States Court of Federal Claims

No. 16-259 C
Filed: June 28, 2021

**HEALTH REPUBLIC**
**INSURANCE COMPANY**

                                        **RULE 54(b)**
                                        **JUDGMENT**

      v.

**THE UNITED STATES**

      Pursuant to the court's Order, filed June 24, 2021, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay, and the parties' stipulation for entry of judgment, filed June 17, 2021,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the Arches Subclass, consisting of Arches Mutual Insurance Company ("Arches"), recover of and from the United States the amount of $56,415,700.72 for risk corridors benefit years 2014 and 2015, and the United States shall recover of and from the Arches Subclass the amount of $11,687,497.51, which amount includes payments associated with the reinsurance program, a start-up loan to the Arches Subclass, advance payment of premium tax credits, cost-sharing reductions, interest, the risk adjustment program and risk adjustment user fees, to be paid through deduction from the amount owed to the Arches Subclass upon submission of the judgment to the Judgment Fund, with the net amount payable to the Arches Subclass being $44,728,203.21.

                                                            Lisa L. Reyes
                                                             Clerk of Court

                                  By:    s/ Debra L. Samler

                                                              Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.