IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 16-259C |
| THE UNITED STATES, | ) ) | Filed: August 12, 2021 |
| Defendant. | ) ) ) | |

# ORDER

On August 6, 2021, Freelancers Co-Op of New Jersey, Inc. ("Freelancers"), the sole member of the Freelancers Subclass, and Arches Mutual Insurance Company ("Arches"), the sole member of the Arches Subclass, filed their Motion for Leave to Distribute Funds. *See* ECF No. 135. The Motion requests that the claims administrator, JND Legal Administration, be allowed to distribute, *pro rata*, 95 percent of the funds awarded according to the Court's respective June 3, and June 28, 2021 judgments (Rule 54(b) Judgment, ECF Nos. 124, 131) while retaining five percent in escrow until resolution of Class Counsel's Motions for Attorney's Fees (ECF Nos. 130, 134). *See* ECF No. 135 at 2. Both Freelancers and Arches indicate they do not object to Class Counsel's request for five percent of the funds to be paid to counsel as attorney's fees, so long as the fee percentage ultimately approved is equivalent to that of the Non-Dispute Subclass in this matter and *Common Ground Healthcare Cooperative v. United States*, No. 17-cv-877. *See id.* at 1. They do not believe there is any reason to delay distribution of the remaining funds. *See id.* at 1–2. Under the proposed arrangement, Freelancers and Arches are entitled to distributions of $22,136,083.35 and $42,491,793.05, respectively. *Id.* at 2. The Government takes no position on the Motion. *Id.*

For good cause shown, the Court **GRANTS** Plaintiffs' Motion. The claims administrator may distribute 95 percent of the funds recovered by Freelancers and Arches, in the amounts of $22,136,083.35 and $42,491,793.05, respectively.

**SO ORDERED**.


Dated: August 12, 2021                             */s/ Kathryn C. Davis*
                                                   KATHRYN C. DAVIS
                                                   Judge