## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 16-cv-259C |
| THE UNITED STATES, | ) Filed: December 16, 2021 |
| Defendant. | )<br>) |

## ORDER

The Court will hold oral argument on the Dispute Subclass's Motion to Dismiss the Government's Counterclaim (ECF No. 103) on **Friday, January 28, 2022, at 11:00 a.m. Eastern Time** at the National Courts Building in Washington, D.C.

**SO ORDERED**.

Dated: December 16, 2021

        */s/ Kathryn C. Davis*
        KATHRYN C. DAVIS
        Judge