## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|                                              |     |                          |
| -------------------------------------------- | --- | ------------------------ |
| _____          | )   |                          |
| HEALTH REPUBLIC INSURANCE COMPANY,           | )   |                          |
|                                              | )   |                          |
| Plaintiff,                                   | )   |                          |
|                                              | )   |                          |
| v.                                           | )   | No. 16-259C              |
|                                              | )   |                          |
| THE UNITED STATES,                           | )   | Filed: January 24, 2022  |
|                                              | )   |                          |
| Defendant.                                   | )   |                          |
| _____          | )   |                          |

### <u>ORDER</u>

On January 21, 2022, the Government moved to continue the oral argument scheduled for January 28, 2022 for thirty (30) days in order to permit Defendant and dispute subclass members Meritus Health Partners and Meritus Mutual Health Partners ("Meritus") to complete their discussions regarding a potential settlement of their respective claims in this case.  ECF No. 146.  The Government also proposes a thirty-day deadline for the parties to submit a joint status report regarding the outcome of settlement discussions.  *Id.*  Neither Meritus nor Colorado Health Insurance Cooperative, Inc., the remaining dispute subclass member, oppose the Government's request.

For good cause shown, the Government's Motion to Continue Oral Argument (ECF No. 146) is **GRANTED**.  The Oral Argument scheduled for January 28, 2022 is hereby continued pending the settlement discussions.  The parties shall file a joint status report **on or before February 28, 2022** that (1) indicates the status of the settlement discussions between the Government and Meritus and (2) proposes further proceedings including, if appropriate, two

mutually available dates in March for oral argument on the pending motion to dismiss.

**SO ORDERED**.

Dated: January 24, 2022                    _____/s/ Kathryn C. Davis_____

                                           KATHRYN C. DAVIS
                                           Judge