## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, | : |
| | : No. 16-259C |
| Plaintiff, | : |
| | : Judge Davis |
| v. | : |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |

### JOINT STATUS REPORT

Pursuant to the Court's order dated January 24, 2022, Docket No. 147, dispute subclass members Meritus Mutual Health Partners, Meritus Health Partners (collectively, "Meritus"), and Colorado Health Insurance Cooperative, Inc. ("Colorado HealthOp"), and the United States submit this joint status report.

The Court continued the oral argument scheduled for January 28, 2022 by thirty (30) days in order to permit Meritus and the United States to complete their discussions regarding a potential settlement of their respective claims. Meritus and counsel for the United States have agreed in principle to a resolution of their claims and continue to work to finalize language of an agreed stipulation to judgment based on compromise, settlement, and resolution. Once the parties finalize the agreed stipulation, Meritus, which is in liquidation, will submit the agreed stipulation to the court overseeing its liquidation for approval. Within the same timeframe, the proposed settlement will be considered by the appropriate officials within the Department of Justice. The Parties expect these processes to be concluded within the next forty-five (45) days.

Accordingly, the Parties request that the Court continue the oral argument for an additional forty-five (45) days and schedule oral argument as to Colorado HealthOp and the United States sometime after this 45-day period. Counsel for the dispute subclass and the United

States are available for oral argument starting April 19, 2022.

                                        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

RUTH A. HARVEY
Director
Commercial Litigation Branch

KIRK T. MANHARDT
Deputy Director

| | |
|---|---|
| /s/ Stephen Swedlow | /s/ Terrance A. Mebane |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | TERRANCE A. MEBANE |
| Stephen Swedlow | MARC S. SACKS |
| stephenswedlow@quinnemanuel.com | FRANCES M. MCLAUGHLIN |
| 191 N. Wacker Drive, Suite 2700 | United States Department of Justice |
| Chicago, Illinois 60606 | Civil Division, Commercial Litigation Branch |
| Telephone: (312) 705-7400 | (202) 307-0493 |
| | terrance.a.mebane@usdoj.gov |
| J.D. Horton | |
| jdhorton@quinnemanuel.com | *Counsel for the United States* |
| Adam B. Wolfson | |
| adamwolfson@quinnemanuel.com | |
| 865 S. Figueroa Street | |
| Los Angeles, California 90017 | |
| Telephone: (213) 443-3000 | |

*Attorneys for the Dispute Subclass*