## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) No. 16-259 C |
| THE UNITED STATES, | ) Filed: March 9, 2022 |
| Defendant. | ) |

## **ORDER**

The Court will hold oral argument on the Dispute Subclass's Motion to Dismiss the Government's Counterclaim (ECF No. 103) on **Wednesday, April 27, 2022, at 10:00 a.m. Eastern Time** at the National Courts Building (Courtroom 5) in Washington, D.C.

**SO ORDERED**.

Dated: March 9, 2022

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge