## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HEALTH REPUBLIC INSURANCE
COMPANY,

          Plaintiff,
on behalf of itself and all others
similarly situated,

   vs.

THE UNITED STATES OF AMERICA,

          Defendant.

Case No. 16-259C

Judge Davis

### JOINT STATUS REPORT

Pursuant to the Court's April 7, 2022 order (Dkt. 152), Plaintiff Health Republic Insurance Company and the United States submit this joint status report. The Parties have agreed to file, concurrently with this joint status report, a joint motion to divide the Dispute Subclass into a separate subclass before the Court enters the requested partial final judgment as to the claims between the Meritus entities and the United States. This request will follow the approach previously taken in this case.

DATED: April 14, 2022

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/ Stephen Swedlow
Stephen Swedlow
stephenswedlow@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

J.D. Horton
jdhorton@quinnemanuel.com
Adam B. Wolfson
adamwolfson@quinnemanuel.com
865 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Health Republic
Insurance Company and the Class*

Respectfully submitted,

BRIAN M. BOYNTON
**Principal Deputy Assistant Attorney General**

RUTH A. HARVEY
Director
Commercial Litigation Branch

KIRK T. MANHARDT
Deputy Director

 /s/ Terrance A. Mebane
TERRANCE A. MEBANE
MARC S. SACKS
FRANCES M. MCLAUGHLIN
United States Department of Justice
Civil Division, Commercial Litigation Branch
(202) 307-0493
terrance.a.mebane@usdoj.gov

*Counsel for the United States*

2