# In the United States Court of Federal Claims

**No. 16-259 C**
**Filed: May 31, 2022**

**HEALTH REPUBLIC
INSURANCE COMPANY**

**RULE 54(b)
JUDGMENT**

     **v.**

**THE UNITED STATES**


Pursuant to the court's Order, filed May 26, 2022, granting Class Counsel's motion for approval of attorney's fee request for the Meritus Subclass, and directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that Class Counsel is awarded $685,736.00 in attorney's fees for the Meritus Subclass, to be paid to Class Counsel from the Meritus Subclass judgment.


                                    Lisa L. Reyes
                                    Clerk of Court

By:    s/ Debra L. Samler

                                    Deputy Clerk