## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Health Republic Insurance Company,<br><br>    Plaintiff, on behalf of itself and all others similarly situated,<br><br>vs.<br><br>United States of America.<br><br>    Defendant. | Case No. 16-259C<br><br>Judge Kathryn C. Davis |

### PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff Health Republic Insurance Company ("Health Republic") respectfully requests an enlargement of time to respond to Defendant United States' Counterclaims (Dkt. 101). Plaintiff's Answer to Defendant's Counterclaim is currently due on October 3, 2022 (Dkt. 170). If Plaintiff's motion is granted, its Answer would be due two weeks following the Court's ruling on Plaintiff's forthcoming Motion for Clarification of the Court's August 19, 2022 Opinion and Order (Dkt. 170). Plaintiff intends to file the Motion for Clarification as soon as possible the week of October 3, 2022. The Court's ruling on the Motion for Clarification will impact the parties' ongoing discussions and Plaintiff's response to Defendant's Counterclaims. Plaintiff has previously sought and was granted a 31-day extension on its Answer to Defendant's Counterclaim. (Dkt. Nos. 170-171.)

Defendant United States has been informed of Plaintiff's intention to file the Motion for Clarification and does not oppose this request for an enlargement of time. The requested extension will not prejudice the parties or result in undue delay.

For these reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of time to answer Defendant's Counterclaim until two weeks following the Court's ruling on the forthcoming Motion for Clarification.

Dated: September 30, 2022                   Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Stephen A. Swedlow*
Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Andrew Schapiro
andrewschapiro@quinnemanuel.com
191 North Wacker Drive
Suite 2700
Chicago, Illinois 60606
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401

Adam B. Wolfson
adamwolfson@quinnemanuel.com
865 S. Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Colorado HealthOp and the Class*