# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, | : | No. 16-259C |
| Plaintiff, | : : | Judge Davis |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

## THE UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CLARIFICATION

Pursuant to RCFC 6(b), the United States respectfully requests a 14-day extension of time, up to and including November 4, 2022, within which to respond to plaintiff's motion for clarification, Docket No. 173. The United States' response is currently due October 21, 2022.

This extension is necessary due to the United States' counsel's conflicting briefing schedule in additional matters for which he also has principal responsibility, including *Rapid Enterprises, LLC v. United States Postal Service*, No. 22-cv-627 (D. Utah), in which the court held an emergency hearing on September 30, 2022 and ordered expedited briefing from the United States that is due on October 13 and 31, 2022. Counsel's work schedule had also been interrupted by illnesses throughout September 2022. This is the United States' first request for an enlargement of time, the requested extension will not prejudice the parties or result in undue delay, and Plaintiff does not oppose the requested extension.

For these reasons, the United States respectfully requests a 14-day extension of time, up to and including November 4, 2022, to file its response to the motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  October 20, 2022 | BRIAN M. BOYTON<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>RUTH A. HARVEY<br>Director<br>Commercial Litigation Branch<br><br>KIRK T. MANHARDT<br>Deputy Director<br><br> /s/ Terrance A. Mebane<br>TERRANCE A. MEBANE<br>MARC S. SACKS<br>FRANCES M. MCLAUGHLIN<br>PHILLIP SELIGMAN<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>Phone: (202) 307-0493<br>terrance.a.mebane@usdoj.gov<br><br>*Attorneys for the United States of America* |