## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Health Republic Insurance Company,<br><br>    Plaintiff, on behalf of itself and all others similarly situated,<br><br>vs.<br><br>United States of America.<br><br>    Defendant. | Case No. 16-259C<br><br>Judge Kathryn C. Davis |

### PLAINTIFF'S UNOPPOSED MOTION FOR A STATUS CONFERENCE

Pursuant to Rule of the Court of Federal Claims 16(a), Plaintiff Health Republic Insurance Company ("Health Republic") respectfully requests a status conference at the Court's convenience. Health Republic wishes to raise two issues at this conference.

First, the parties have been in active discussions regarding entrance of stipulated judgments as to the Dispute Subclass (*i.e.*, a judgment for the Dispute Subclass against the United States, and a parallel judgment for the United States against Colorado Health Insurance Cooperative, Inc. on the United States' counterclaim). Health Republic respectfully avers that discussion with the Court regarding proposed language in the judgment would be productive and could avoid yet further motion practice, as the dispute centers over a single sentence in the judgment against Colorado Health about where the United States may seek to collect on its counterclaim.

Second, on March 9, 2023, mandate issued from the United States Court of Appeals for the Federal Circuit with respect to an appeal from this Court (Dkt. 183). The Federal Circuit's decision vacated and remanded this Court's award of attorney's fees and remanded the matter back to this Court for further proceedings. Plaintiff respectfully suggests that a status conference to address procedures and a schedule for further proceedings would be advisable at this time.

Dated: March 13, 2023                               Respectfully submitted,

                                                    QUINN  EMANUEL  URQUHART  &
                                                    SULLIVAN, LLP

                                                    */s/ Adam B. Wolfson*
                                                    Adam B. Wolfson
                                                    adamwolfson@quinnemanuel.com
                                                    865 S. Figueroa Street
                                                    Los Angeles, California 90017
                                                    Telephone:  (213) 443-3000
                                                    Facsimile:  (213) 443-3100

                                                    Andrew H. Schapiro
                                                    andrewschapiro@quinnemanuel.com
                                                    Margaret Haas
                                                    margarethaas@quinnemanuel.com
                                                    191 North Wacker Drive
                                                    Suite 2700
                                                    Chicago, Illinois 60606
                                                    Telephone:  (312) 705-7400
                                                    Facsimile:  (312) 705-7401

                                                    *Attorneys for Colorado HealthOp and the Class*