IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) ) | No. 16-259 <br><br> Filed: March 20, 2023 |
| COMMON GROUND HEALTHCARE COOPERATIVE, ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) | No. 17-877 <br><br> Filed: March 20, 2023 |

**ORDER**

The Court will hold a telephone status conference in the above-captioned matters on **Tuesday, March 21, 2023, at 1:00 p.m. Eastern Time** to discuss the issues raised in Plaintiff's recent motions for status conference. *See Health Republic*, ECF No. 184; *Common Ground*, ECF No. 176. The parties have been provided with the dial-in information.

**SO ORDERED**.

Dated: March 20, 2023

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge