IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 16-259 |
| v. | ) ) | Filed: March 22, 2023 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) ) | |
| COMMON GROUND HEALTHCARE COOPERATIVE, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 17-877 |
| v. | ) ) | Filed: March 22, 2023 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

On March 21, 2023, the Court held a status conference in the above-captioned matters to discuss the issues raised in Plaintiff's recent motions for status conference. As discussed during the conference, Class Counsel and counsel for the objecting class members are ordered to meet and confer and file a Joint Status Report **by no later than April 4, 2023**, setting forth a proposal for further proceedings on remand with respect to Class Counsel's motion for approval of their attorney's fee request.

Consistent with the discussion related to the claims and counterclaims involving Colorado Health Insurance Cooperative, Inc. in *Health Republic*, the Court understands that the parties will

be submitting shortly a joint filing requesting judgment that sets forth separate positions on the language for the judgment.

**SO ORDERED**.

Dated: March 22, 2023                                           */s/ Kathryn C. Davis*
                                                                KATHRYN C. DAVIS
                                                                Judge