## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. 16-259 |
| v. | ) ) | Filed: April 18, 2023 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| COMMON GROUND HEALTHCARE COOPERATIVE, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 17-877 |
| v. | ) ) | Filed: April 18, 2023 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On April 4, 2023, Class Counsel and counsel for the United and Kaiser Objectors ("Objectors") filed a Joint Status Report detailing their separate positions on a schedule for remand proceedings consistent with the Federal Circuit's January 31, 2023, opinion regarding Class Counsel's motion for attorney's fees. Having considered the competing arguments and proposals, the Court **ORDERS** the following schedule:

| | |
|---|---|
| Class Counsel's Opening Supplemental Brief on Fee Request | May 2, 2023 |
| Objectors' Motion for Accounting and Limited Discovery | May 2, 2023 |

| | |
|---|---|
| Class Counsel's Response to Objectors' Motion | May 16, 2023 |
| Objectors' Reply In Support of Motion | May 23, 2023 |

The Court will schedule oral argument on Objectors' motion if it determines a hearing would assist in resolving the issues raised.  Upon issuing an order on Objectors' motion, the Court will set deadlines for the remainder of the briefing related to Class Counsel's fee request, allowing three weeks for Objectors' opposition followed by two weeks for Class Counsel's reply.

**SO ORDERED**.

Dated: April 18, 2023                                    */s/ Kathryn C. Davis*
                                                                        KATHRYN C. DAVIS
                                                                        Judge