## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>    Plaintiff,<br>    on behalf of itself and all others similarly situated,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 1:16-cv-259C-KCD<br>(Judge Davis) |
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>    Plaintiff,<br>    on behalf of itself and all others similarly situated,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 1:17-cv-00877-KCD<br>(Judge Davis) |

### CERTIFICATE OF SERVICE

    I certify that on May 2, 2023, I served true copies of the following documents described as:

Class Counsel's Motion for Approval of Attorney's Fee Request:

    **Declaration of Adam B. Wolfson;**

    **Exhibit A to Declaration of Adam B. Wolfson (unredacted);**

    **Declaration of William A. Burck;**

    **Expert Report Of Professor William B. Rubenstein;**

    **Plaintiffs' Unopposed Motion to Seal Class Counsel's Competitively Sensitive Information;**

    **[Proposed] Order Regarding Plaintiffs' Motion to Seal Class Counsel's Competitively Sensitive Information**.

via electronic email on all risk corridor class members via (a) the electronic mail addresses those class members provided to the claims administrator for contact purposes, and (b) additional email addresses for class member contacts of which we are aware.  I also separately served the above materials on the Objecting Class Members as follows:

> SHEPPARD MULLIN RICHTER & HAMPTON LLP
> Moe Keshavarzi
> mkeshavarzi@sheppardmullin.com
> Katherine Rice
> krice@sheppardmullin.com 333 South Hope Street, 43rd Floor
> Los Angeles, CA 90071
> Telephone: 213.620.1780
>
> Jenna A. Fasone
> jfasone@sheppardmullin.com
> 501 West Broadway, 19th Floor
> San Diego, CA 92101
> Telephone: 619.338.6500

*Counsel for Kaiser Foundation Health Plan, Inc., Kaiser Foundation Health Plan of Georgia, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., Kaiser Foundation Health Plan Inc. of Colo., Harken Health Insurance Company, Health Plan of Nevada, Inc., Oxford Health Plans (NJ), Inc., Rocky Mountain Health Maintenance Organization, Incorporated, UnitedHealthcare Benefits Plan of California, UnitedHealthcare Community Plan, Inc., UnitedHealthcare Insurance Company, UnitedHealthcare Life Insurance Company UnitedHealthcare of Alabama, Inc., UnitedHealthcare of Colorado, Inc., UnitedHealthcare of Florida, Inc., UnitedHealthcare of Georgia, Inc., UnitedHealthcare of Kentucky, Ltd., UnitedHealthcare of Louisiana, Inc., UnitedHealthcare of Mississippi, Inc., UnitedHealthcare of New England, Inc., UnitedHealthcare of New York, Inc., UnitedHealthcare of North Carolina, Inc., UnitedHealthcare of Oklahoma, Inc.,UnitedHealthcare of Pennsylvania, Inc., UnitedHealthcare of the Mid-Atlantic, Inc., UnitedHealthcare of the Midlands, Inc., UnitedHealthcare of the Midwest, Inc., UnitedHealthcare of Utah, Inc., UnitedHealthcare of Washington, Inc., UnitedHealthcare of Ohio, Inc., Rocky Mountain HealthCare Options, Inc., All Savers Insurance Company, and CareConnect Insurance Company, Inc. fka North Shore-LIJ Insurance Company Inc.*

DATED: May 8, 2023

                                            */s/ Adam B. Wolfson*
                                             Adam B. Wolfson