IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) ) | No. 16-259<br><br>Filed: May 15, 2023 |

## **ORDER**

On May 9, 2023, the Dispute Subclass, consisting of Colorado Health Insurance Cooperative, Inc. ("Colorado HealthOp"), and the United States filed a stipulation to entry of judgment. *See* Stip. to Enter J. for the Dispute Subclass and for the United States, ECF No. 198. The parties stipulate that Colorado HealthOp is entitled to payment in the amount of $110,601,107.74 from the United States under Section 1342 of the Patient Protection and Affordable Care Act, Pub. L. No. 111-148 (2010), 124 Stat. 119, and the Health Care and Education Reconciliation Act of 2010, Pub. L. No. 111-152 (2010), 124 Stat. 1029 (collectively, the "ACA"), for the 2014 and 2015 benefit years. *Id.* ¶ 8. The parties further stipulate that the United States is entitled to payment from Colorado HealthOp in the amount of $44,184,958.11, which includes payments associated with the risk adjustment program, risk adjustment user fees, and cost-sharing reductions. *Id.* ¶ 9. The parties request that the Court enter judgment in favor of Colorado HealthOp and the United States in accordance with their stipulations. *See id.* ¶¶ 8–9.

Having determined pursuant to Rule 54(b) of the Rules of the United States Court of Federal Claims that there is no just reason for delay, the Court directs the Clerk to enter final judgment in favor of Colorado HealthOp in the amount of $110,601,107.74 and final judgment in

favor of the United States in the amount of $44,184,958.11.  Consistent with the Court's order and opinion dated August 19, 2022, the Court is not directing a net payment deducting the amount of Defendant's judgment from the judgment in favor of Colorado HealthOp.  *See Health Republic Ins. Co. v. United States*, 161 Fed. Cl. 510 (2022).

     **SO ORDERED**.

Dated: May 15, 2023                      */s/ Kathryn C. Davis*
                                              KATHRYN C. DAVIS
                                              Judge