# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br>　　　　on behalf of itself and all others similarly situated,<br><br>　　vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 16-cv-259C<br><br>Judge Davis |

## STIPULATED MOTION FOR APPROVAL OF ATTORNEY'S FEE REQUEST FOR THE DISPUTE SUBCLASS (COLORADO HEALTH)

Pursuant to RCFC 23(e) and 54(d)(2), Class Counsel and Colorado Health Insurance Cooperative, Inc. ("Colorado Health"), the sole remaining Dispute Subclass member, have conferred and stipulate as follows. The Government has stated that it does not take a position on this motion.

1.　　On July 23, 2020, the Court divided the risk corridors class into the Non-Dispute and Dispute Subclasses, the latter of which included, *inter alia*, Colorado Health. Dkt. 82.

2.　　In response to joint motions between the government and various of the other Dispute Subclass members, the Court further divided the Dispute Subclass multiple times and entered judgment for the other Dispute Subclass members on June 1, 2021 (Dkt. 123); June 24, 2021 (Dkt. 129); and April 25, 2022 (Dkt. 155).

3.　　Before obtaining these results, Class Counsel moved to dismiss the government's counterclaim and offset arguments against the Dispute Subclass's risk corridor damages, which included arguments specific to Colorado Health. *See generally* Dkt. 103, 116, 125, 161, 166. The

Court granted in part and denied in part the motion to dismiss, *see* Dkt. 170, a decision which the Court subsequently clarified in response to Class Counsel's request. Dkt. 179. In most important part, the Court held that the government could not offset Colorado Health's risk corridor damages. Dkt. 170, 179.

4.  Following the Court's Orders on the motion to dismiss and subsequent motion for clarification, Class Counsel engaged in substantial back-and-forth on Colorado Health's behalf with government counsel regarding the proper form of an order and judgment, including recent briefing. Dkt. 190. With the Court's guidance on that issue, Class Counsel then worked with the government to file the appropriate papers resolving Colorado Health's claims, which the Court then ordered (Dkt. 199) and on which it issued judgment for Colorado Health on May 16, 2023, in the amount of $110,601,107.74. Dkt. 200.

5.  Consistent with the class notice, Class Counsel seeks 5% of the Dispute Subclass's stipulated judgment, equaling $5,530,055.38. Colorado Health does not object to the amount of this fee.

6.  In stipulating to Class Counsel's fee, the parties wish to avoid burdening the Court with overly repetitive briefing, and therefore refer to the fee application and renewed fee application papers that Class Counsel submitted in connection with its fee request from the Non-Dispute Subclass. Dkt. 84, 93, 192. Colorado Health agrees with the arguments Class Counsel makes in those submissions and that the 5% fee it seeks from the Dispute Subclass is reasonable and justified under the circumstances here.

7.  On these bases, Class Counsel and the Dispute Subclass respectfully request that the Court issue the order attached hereto as **Exhibit A**, which directs the Clerk of the Court to enter judgment awarding Class Counsel $5,530,055.38 in fees from the Dispute Subclass's risk

corridor damages.

Dated: June 1, 2023                                Respectfully submitted,

                                                                         QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Adam B. Wolfson*
Adam B. Wolfson
adamwolfson@quinnemanuel.com
865 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew Schapiro
andrewschapiro@quinnemanuel.com
191 North Wacker Drive
Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for the Dispute Subclass*

Michael Conway
1560 Broadway, Suite 850
Denver, CO 80202
Telephone: 303.894.7480

*Insurance Commissioner of the State of Colorado, in his capacity as Liquidator of Colorado Health Insurance Cooperative, Inc.*