## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>      Plaintiff,<br>      on behalf of itself and all others similarly situated,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 1:16-cv-259C-KCD<br>(Judge Davis) |

## CERTIFICATE OF SERVICE

I certify that on June 1, 2023, I served true copies of the following documents described as:

**STIPULATED MOTION FOR APPROVAL OF ATTORNEY'S FEE REQUEST FOR THE DISPUTE SUBCLASS (COLORADO HEALTH);**

**(PROPOSED) ORDER.**

via electronic email on all risk corridor class members via (a) the electronic mail addresses those class members provided to the claims administrator for contact purposes, and (b) additional email addresses for class member contacts of which we are aware. I also separately served the above materials on the Objecting Class Members as follows:

    SHEPPARD MULLIN RICHTER & HAMPTON LLP
    Moe Keshavarzi
    mkeshavarzi@sheppardmullin.com
    Katherine Rice
    krice@sheppardmullin.com 333 South Hope Street, 43rd Floor
    Los Angeles, CA 90071
    Telephone: 213.620.1780

    Jenna A. Fasone
    jfasone@sheppardmullin.com
    501 West Broadway, 19th Floor
    San Diego, CA 92101
    Telephone: 619.338.6500

   *Counsel for Kaiser Foundation Health Plan, Inc., Kaiser Foundation Health Plan of Georgia, Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., Kaiser Foundation Health Plan Inc. of Colo., Harken Health Insurance Company, Health Plan of Nevada, Inc., Oxford Health Plans (NJ), Inc., Rocky Mountain Health Maintenance Organization, Incorporated, UnitedHealthcare Benefits*

*Plan of California, UnitedHealthcare Community Plan, Inc., UnitedHealthcare Insurance Company, UnitedHealthcare Life Insurance Company UnitedHealthcare of Alabama, Inc., UnitedHealthcare of Colorado, Inc., UnitedHealthcare of Florida, Inc., UnitedHealthcare of Georgia, Inc., UnitedHealthcare of Kentucky, Ltd., UnitedHealthcare of Louisiana, Inc., UnitedHealthcare of Mississippi, Inc., UnitedHealthcare of New England, Inc., UnitedHealthcare of New York, Inc., UnitedHealthcare of North Carolina, Inc., UnitedHealthcare of Oklahoma, Inc.,UnitedHealthcare of Pennsylvania, Inc., UnitedHealthcare of the Mid-Atlantic, Inc., UnitedHealthcare of the Midlands, Inc., UnitedHealthcare of the Midwest, Inc., UnitedHealthcare of Utah, Inc., UnitedHealthcare of Washington, Inc., UnitedHealthcare of Ohio, Inc., Rocky Mountain HealthCare Options, Inc., All Savers Insurance Company, and CareConnect Insurance Company, Inc. fka North Shore-LIJ Insurance Company Inc.*

DATED: June 1, 2023

                                                         */s/ Adam B. Wolfson*
                                                         Adam B. Wolfson