## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) ) | No. 16-259<br><br>Filed: August 18, 2023 |

## ORDER

On August 15, 2023, Plaintiff filed a Motion for Leave to Distribute Funds to the Dispute Subclass, consisting of Colorado Health Insurance Cooperative, Inc. ("Colorado HealthOp"). *See* ECF No. 208. Plaintiff advises that on August 9, 2023, the claims administrator retained by Class Counsel received full payment owed to Colorado HealthOp in the amount of $110,601,107.74. *Id.* at 1. Plaintiff notes Class Counsel's stipulated motion requesting 5% of the judgment as attorneys' fees is pending. *Id.* Plaintiff and Class Counsel seek leave of Court to distribute 95% of the funds in the amount of $105,071,052.36 to Colorado HealthOp and hold the remaining 5% in escrow pending resolution of the attorneys' fees motion. *Id.* at 1–2. The Government takes no position on this request. *Id.* at 2.

Having found good cause exists, the Court **GRANTS** Plaintiff's motion. The claims administrator may proceed with distributing 95% of the funds to Colorado HealthOp and holding the remaining 5% in escrow pending resolution of the fee petition.

**SO ORDERED**.

Dated: August 18, 2023

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge