# In the United States Court of Federal Claims

Nos. 16-259 C and 17-877 C
Filed: October 18, 2024

**HEALTH REPUBLIC INSURANCE**
**COMPANY and COMMON GROUND**
**HEALTHCARE COOPERATIVE**
      **Plaintiffs**

    **v.**                                      **RULE 54(b)**
                                              **JUDGMENT**

**THE UNITED STATES**
      **Defendant**

      Pursuant to the court's Opinion and Order, filed October 10, 2024, granting Class Counsel's renewed motions for approval of attorney's fee request, and directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that Class Counsel is awarded attorney's fees in the total amount of $92,424,335.84, with Health Republic Insurance Company to receive $47,591,551.18 and Common Ground Healthcare Cooperative to receive $44,832,784.66.

                                                                    Lisa L. Reyes
                                                                    Clerk of Court

                                           By:    s/ Debra L. Samler
                                                            Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $605.00, effective December 1, 2023.