## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>       Plaintiff,<br>       on behalf of itself and all others<br>       similarly situated,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>       Defendant. | No. 1:16-cv-259C-KCD<br>(Judge Davis) |
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>       Plaintiff,<br>       on behalf of itself and all others<br>       similarly situated,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>       Defendant. | No. 1:17-cv-00877-KCD<br>(Judge Davis) |

## **[PROPOSED] ORDER GRANTING MOTION TO SEAL CLASS COUNSEL'S COMPETITIVELY SENSITIVE INFORMATION**

On November 1, 2024, Class Counsel moved to seal portions of Exhibit B to the Declaration of Adam B. Wolfson in support of Class Counsel's Renewed Motion for Approval of Attorney's Fee Request for the Dispute Subclass (Colorado Health).  Having considered Class Counsel's submission, and finding good cause, the Court **GRANTS** Class Counsel's Motion to Seal.

    **SO ORDERED.**

Dated:

    KATHRYN C. DAVIS
    Judge