# Exhibit A

Historical Rate Lodestar

| Attorney/Paralegal | Title | Bar Year | Office | Historical Hourly Rate | Total Hours Billed | Total Lodestar / Year |
|---|---|---|---|---|---|---|
| Adam Wolfson - 2016 | Partner | 2005 | Los Angeles | | 246.70 | |
| Adam Wolfson - 2017 | Partner | 2005 | Los Angeles | | 222.10 | |
| Adam Wolfson - 2018 | Partner | 2005 | Los Angeles | | 150.00 | |
| Adam Wolfson - 2019 | Partner | 2005 | Los Angeles | | 56.30 | |
| Adam Wolfson - 2020 | Partner | 2005 | Los Angeles | | 77.60 | |
| Alec Levy - 2016 | Associate | 2014 | Chicago | | 3.90 | |
| Alexander Resar - 2020 | Associate | 2017 | New York | | 74.30 | |
| Allison Huebert - 2020 | Associate | 2012 | Chicago | | 99.50 | |
| Amanda McGuire - 2020 | Paralegal | NA | Chicago | | 7.20 | |
| Andrew H. Schapiro - 2019 | Partner | 1990 | Chicago | | 37.00 | |
| Andrew H. Schapiro - 2020 | Partner | 1990 | Chicago | | 52.70 | |
| Andrew Thompson - 2016 | Law Clerk | 2018 | Los Angeles | | 53.20 | |
| Arthur M. Roberts - 2016 | Associate | 2008 | San Francisco | | 142.30 | |
| Arthur M. Roberts - 2017 - Jan - Aug | Associate | 2008 | San Francisco | | 303.50 | |
| Arthur M. Roberts - 2017 - Sept - Dec | Associate | 2008 | San Francisco | | 21.40 | |
| Arthur M. Roberts - 2018 | Of Counsel | 2008 | San Francisco | | 1.10 | |
| Benjamin Berkman - 2020 | Associate | 2015 | Chicago | | 246.00 | |
| Cleland B. Welton, II - 2019 | Of Counsel | 2009 | New York | | 4.20 | |
| David Lakin - 2020 | Associate | 2017 | Chicago | | 10.00 | |
| David M. Cooper - 2020 | Partner | 2004 | New York | | 128.10 | |
| Eric D. Winston - 2016 | Partner | 1998 | Los Angeles | | 7.20 | |
| Fahri Abduhalikov - 2017 | Paralegal | NA | Washington DC | | 2.60 | |
| Fred G. Bennett - 2017 | Partner | 1973 | Los Angeles | | 17.50 | |
| Harry Larson - 2020 | Associate | 2019 | Chicago | | 126.70 | |
| Hunter B. Thomson - 2016 - Jan - Aug | Associate | 2014 | New York | | 55.70 | |
| Hunter B. Thomson - 2016 - Sept - Dec | Associate | 2014 | New York | | 148.50 | |
| Hunter B. Thomson - 2017 | Associate | 2014 | New York | | 127.70 | |
| J. D. Horton - 2015 | Partner | 1997 | Los Angeles | | 9.10 | |
| J. D. Horton - 2016 | Partner | 1997 | Los Angeles | | 1,237.70 | |
| J. D. Horton - 2017 | Partner | 1997 | Los Angeles | | 714.50 | |
| J. D. Horton - 2018 | Partner | 1997 | Los Angeles | | 295.70 | |
| J. D. Horton - 2019 | Partner | 1997 | Los Angeles | | 798.80 | |
| J. D. Horton - 2020 | Partner | 1997 | Los Angeles | | 943.00 | |
| James Zhang - 2016 | Lit Support | NA | New York | | 2.20 | |
| Katherine B. Fuller - 2016 | Paralegal | NA | Chicago | | 22.00 | |
| Katherine B. Fuller - 2017 | Paralegal | NA | Chicago | | 16.20 | |
| Katherine B. Fuller - 2018 | Paralegal | NA | Chicago | | 33.10 | |

1

Historical Rate Lodestar

| Attorney/Paralegal | Title | Bar Year | Office | Historical Hourly Rate | Total Hours Billed | Total Lodestar / Year |
|---|---|---|---|---|---|---|
| Katherine B. Fuller - 2019 | Paralegal | NA | Chicago | | 25.10 | |
| Katherine B. Fuller - 2020 | Paralegal | NA | Chicago | | 60.10 | |
| Kathleen Sullivan - 2020 | Partner | 1981 | Los Angeles | | 5.50 | |
| Keith Errick - 2019 | Lit Support | NA | New York | | 0.40 | |
| Margaret Haas - 2016 - Jan - Aug | Associate | 2012 | Chicago | | 143.90 | |
| Margaret Haas - 2016 - Sept - Dec | Associate | 2012 | Chicago | | 110.50 | |
| Margaret Haas - 2017 - Jan - Aug | Associate | 2012 | Chicago | | 233.70 | |
| Margaret Haas - 2017 - Sept - Dec | Associate | 2012 | Chicago | | 67.60 | |
| Margaret Haas - 2018 - Jan - Aug | Associate | 2012 | Chicago | | 87.10 | |
| Margaret Haas - 2018 - Sept - Dec | Associate | 2012 | Chicago | | 7.60 | |
| Margaret Haas - 2019 - Jan - Aug | Associate | 2012 | Chicago | | 207.80 | |
| Margaret Haas - 2019 - Sept - Dec | Associate | 2012 | Chicago | | 39.00 | |
| Margaret Haas - 2020 | Associate | 2012 | Chicago | | 140.90 | |
| Marot Lorimer - 2017 | Paralegal | NA | Chicago | | 158.10 | |
| Marot Lorimer - 2018 | Paralegal | NA | Chicago | | 7.40 | |
| Matthew A. Bergjans - 2015 | Associate | 2014 | Los Angeles | | 15.80 | |
| Matthew A. Bergjans - 2016 | Associate | 2014 | Los Angeles | | 74.70 | |
| Rachel Appleton - 2016 | Associate | 2011 | Los Angeles | | 1.80 | |
| Stephen Swedlow - 2016 | Partner | 1995 | Chicago | | 592.80 | |
| Stephen Swedlow - 2017 | Partner | 1995 | Chicago | | 362.40 | |
| Stephen Swedlow - 2018 | Partner | 1995 | Chicago | | 176.10 | |
| Stephen Swedlow - 2019 | Partner | 1995 | Chicago | | 230.10 | |
| Stephen Swedlow - 2020 | Partner | 1995 | Chicago | | 381.30 | |
| Steven M. Edwards - 2016 | Of Counsel | 1972 | New York | | 4.00 | |
| Teri Juarez - 2019 | Paralegal | NA | Los Angeles | | 0.80 | |
| Teri Juarez - 2020 | Paralegal | NA | Los Angeles | | 0.80 | |
| | | | | | 9,630.60 | $9,698,059.50 |
| | | | | | Costs (7/30/20) | $394,491.64 |
| | | | | | **Fees + Costs** | $10,092,551.14 |

2020 Rates Lodestar

| Attorney/Paralegal Name | Title | Bar Year | Office | 2020 Hourly Rate | Total Hours Billed | Total Lodestar / Year |
|---|---|---|---|---|---|---|
| Adam Wolfson - 2016 | Partner | 2005 | Los Angeles | | 246.70 | |
| Adam Wolfson - 2017 | Partner | 2005 | Los Angeles | | 222.10 | |
| Adam Wolfson - 2018 | Partner | 2005 | Los Angeles | | 150.00 | |
| Adam Wolfson - 2019 | Partner | 2005 | Los Angeles | | 56.30 | |
| Adam Wolfson - 2020 | Partner | 2005 | Los Angeles | | 77.60 | |
| Alec Levy - 2016 | Associate | 2014 | Chicago | | 3.90 | |
| Alexander Resar - 2020 | Associate | 2017 | New York | | 74.30 | |
| Allison Huebert - 2020 | Associate | 2012 | Chicago | | 99.50 | |
| Amanda McGuire - 2020 | Paralegal | NA | Chicago | | 7.20 | |
| Andrew H. Schapiro - 2019 | Partner | 1990 | Chicago | | 37.00 | |
| Andrew H. Schapiro - 2020 | Partner | 1990 | Chicago | | 52.70 | |
| Andrew Thompson - 2016 | Law Clerk | 2018 | Los Angeles | | 53.20 | |
| Arthur M. Roberts - 2016 | Associate | 2008 | San Francisco | | 142.30 | |
| Arthur M. Roberts - 2017 | Associate | 2008 | San Francisco | | 303.50 | |
| Arthur M. Roberts - 2017 | Associate | 2008 | San Francisco | | 21.40 | |
| Arthur M. Roberts - 2018 | Of Counsel | 2008 | San Francisco | | 1.10 | |
| Benjamin Berkman - 2020 | Associate | 2015 | Chicago | | 246.00 | |
| Cleland B. Welton, II - 2019 | Of Counsel | 2009 | New York | | 4.20 | |
| David Lakin - 2020 | Associate | 2017 | Chicago | | 10.00 | |
| David M. Cooper - 2020 | Partner | 2004 | New York | | 128.10 | |
| Eric D. Winston - 2016 | Partner | 1998 | Los Angeles | | 7.20 | |
| Fahri Abduhalikov - 2017 | Paralegal | NA | Washington DC | | 2.60 | |
| Fred G. Bennett - 2017 | Partner | 1973 | Los Angeles | | 17.50 | |
| Harry Larson - 2020 | Associate | 2019 | Chicago | | 126.70 | |
| Hunter B. Thomson - 2016 | Associate | 2014 | New York | | 55.70 | |
| Hunter B. Thomson - 2016 | Associate | 2014 | New York | | 148.50 | |
| Hunter B. Thomson - 2017 | Associate | 2014 | New York | | 127.70 | |
| J. D. Horton - 2015 | Partner | 1997 | Los Angeles | | 9.10 | |
| J. D. Horton - 2016 | Partner | 1997 | Los Angeles | | 1,237.70 | |
| J. D. Horton - 2017 | Partner | 1997 | Los Angeles | | 714.50 | |
| J. D. Horton - 2018 | Partner | 1997 | Los Angeles | | 295.70 | |
| J. D. Horton - 2019 | Partner | 1997 | Los Angeles | | 798.80 | |
| J. D. Horton - 2020 | Partner | 1997 | Los Angeles | | 943.00 | |
| James Zhang - 2016 | Lit Support | NA | New York | | 2.20 | |
| Katherine B. Fuller - 2016 | Paralegal | NA | Chicago | | 22.00 | |
| Katherine B. Fuller - 2017 | Paralegal | NA | Chicago | | 16.20 | |
| Katherine B. Fuller - 2018 | Paralegal | NA | Chicago | | 33.10 | |

2020 Rates Lodestar

| Attorney/Paralegal Name | Title | Bar Year | Office | 2020 Hourly Rate | Total Hours Billed | Total Lodestar / Year |
|---|---|---|---|---|---|---|
| Katherine B. Fuller - 2019 | Paralegal | NA | Chicago | | 25.10 | |
| Katherine B. Fuller - 2020 | Paralegal | NA | Chicago | | 60.10 | |
| Kathleen Sullivan - 2020 | Partner | 1981 | Los Angeles | | 5.50 | |
| Keith Errick - 2019 | Lit Support | NA | New York | | 0.40 | |
| Margaret Haas - 2016 | Associate | 2012 | Chicago | | 143.90 | |
| Margaret Haas - 2016 | Associate | 2012 | Chicago | | 110.50 | |
| Margaret Haas - 2017 | Associate | 2012 | Chicago | | 233.70 | |
| Margaret Haas - 2017 | Associate | 2012 | Chicago | | 67.60 | |
| Margaret Haas - 2018 | Associate | 2012 | Chicago | | 87.10 | |
| Margaret Haas - 2018 | Associate | 2012 | Chicago | | 7.60 | |
| Margaret Haas - 2019 | Associate | 2012 | Chicago | | 207.80 | |
| Margaret Haas - 2019 | Associate | 2012 | Chicago | | 39.00 | |
| Margaret Haas - 2020 | Associate | 2012 | Chicago | | 140.90 | |
| Marot Lorimer - 2017 | Paralegal | DEF | Chicago | | 158.10 | |
| Marot Lorimer - 2018 | Paralegal | DEF | Chicago | | 7.40 | |
| Matthew A. Bergjans - 2015 | Associate | 2014 | Los Angeles | | 15.80 | |
| Matthew A. Bergjans - 2016 | Associate | 2014 | Los Angeles | | 74.70 | |
| Rachel Appleton - 2016 | Associate | 2011 | Los Angeles | | 1.80 | |
| Stephen Swedlow - 2016 | Partner | 1995 | Chicago | | 592.80 | |
| Stephen Swedlow - 2017 | Partner | 1995 | Chicago | | 362.40 | |
| Stephen Swedlow - 2018 | Partner | 1995 | Chicago | | 176.10 | |
| Stephen Swedlow - 2019 | Partner | 1995 | Chicago | | 230.10 | |
| Stephen Swedlow - 2020 | Partner | 1995 | Chicago | | 381.30 | |
| Steven M. Edwards - 2016 | Of Counsel | 1972 | New York | | 4.00 | |
| Teri Juarez - 2019 | Paralegal | NA | Los Angeles | | 0.80 | |
| Teri Juarez - 2020 | Paralegal | NA | Los Angeles | | 0.80 | |
| | | | | | 9,630.60 | 11,372,851.50 |
| | | | | | | |
| | | | | | Costs (7/30/20) | 394,491.64 |
| | | | | | | |
| | | | | | **Fees + Costs** | 11,767,343.14 |

4

2023 Rates Lodestar

| Attorney/Paralegal Name | Title | Bar Year | Office | 2023 Hourly Rate | Total Hours Billed | Total Lodestar / Year |
|---|---|---|---|---|---|---|
| Adam Wolfson - 2016 | Partner | 2005 | Los Angeles | | 246.70 | |
| Adam Wolfson - 2017 | Partner | 2005 | Los Angeles | | 222.10 | |
| Adam Wolfson - 2018 | Partner | 2005 | Los Angeles | | 150.00 | |
| Adam Wolfson - 2019 | Partner | 2005 | Los Angeles | | 56.30 | |
| Adam Wolfson - 2020 | Partner | 2005 | Los Angeles | | 77.60 | |
| Alec Levy - 2016 | Associate | 2014 | Chicago | | 3.90 | |
| Alexander Resar - 2020 | Associate | 2017 | New York | | 74.30 | |
| Allison Huebert - 2020 | Associate | 2012 | Chicago | | 99.50 | |
| Amanda McGuire - 2020 | Paralegal | NA | Chicago | | 7.20 | |
| Andrew H. Schapiro - 2019 | Partner | 1990 | Chicago | | 37.00 | |
| Andrew H. Schapiro - 2020 | Partner | 1990 | Chicago | | 52.70 | |
| Andrew Thompson - 2016 | Law Clerk | 2018 | Los Angeles | | 53.20 | |
| Arthur M. Roberts - 2016 | Associate | 2008 | San Francisco | | 142.30 | |
| Arthur M. Roberts - 2017 | Associate | 2008 | San Francisco | | 303.50 | |
| Arthur M. Roberts - 2017 | Associate | 2008 | San Francisco | | 21.40 | |
| Arthur M. Roberts - 2018 | Of Counsel | 2008 | San Francisco | | 1.10 | |
| Benjamin Berkman - 2020 | Associate | 2015 | Chicago | | 246.00 | |
| Cleland B. Welton, II - 2019 | Of Counsel | 2009 | New York | | 4.20 | |
| David Lakin - 2020 | Associate | 2017 | Chicago | | 10.00 | |
| David M. Cooper - 2020 | Partner | 2004 | New York | | 128.10 | |
| Eric D. Winston - 2016 | Partner | 1998 | Los Angeles | | 7.20 | |
| Fahri Abduhalikov - 2017 | Paralegal | NA | Washington DC | | 2.60 | |
| Fred G. Bennett - 2017 | Partner | 1973 | Los Angeles | | 17.50 | |
| Harry Larson - 2020 | Associate | 2019 | Chicago | | 126.70 | |
| Hunter B. Thomson - 2016 | Associate | 2014 | New York | | 55.70 | |
| Hunter B. Thomson - 2016 | Associate | 2014 | New York | | 148.50 | |
| Hunter B. Thomson - 2017 | Associate | 2014 | New York | | 127.70 | |
| J. D. Horton - 2015 | Partner | 1997 | Los Angeles | | 9.10 | |
| J. D. Horton - 2016 | Partner | 1997 | Los Angeles | | 1,237.70 | |
| J. D. Horton - 2017 | Partner | 1997 | Los Angeles | | 714.50 | |
| J. D. Horton - 2018 | Partner | 1997 | Los Angeles | | 295.70 | |
| J. D. Horton - 2019 | Partner | 1997 | Los Angeles | | 798.80 | |
| J. D. Horton - 2020 | Partner | 1997 | Los Angeles | | 943.00 | |
| James Zhang - 2016 | Lit Support | NA | New York | | 2.20 | |
| Katherine B. Fuller - 2016 | Paralegal | NA | Chicago | | 22.00 | |
| Katherine B. Fuller - 2017 | Paralegal | NA | Chicago | | 16.20 | |
| Katherine B. Fuller - 2018 | Paralegal | NA | Chicago | | 33.10 | |

2023 Rates Lodestar

| Attorney/Paralegal Name | Title | Bar Year | Office | 2023 Hourly Rate | Total Hours Billed | Total Lodestar / Year |
|---|---|---|---|---|---|---|
| Katherine B. Fuller - 2019 | Paralegal | NA | Chicago | | 25.10 | |
| Katherine B. Fuller - 2020 | Paralegal | NA | Chicago | | 60.10 | |
| Kathleen Sullivan - 2020 | Partner | 1981 | Los Angeles | | 5.50 | |
| Keith Errick - 2019 | Lit Support | NA | New York | | 0.40 | |
| Margaret Haas - 2016 | Associate | 2012 | Chicago | | 143.90 | |
| Margaret Haas - 2016 | Associate | 2012 | Chicago | | 110.50 | |
| Margaret Haas - 2017 | Associate | 2012 | Chicago | | 233.70 | |
| Margaret Haas - 2017 | Associate | 2012 | Chicago | | 67.60 | |
| Margaret Haas - 2018 | Associate | 2012 | Chicago | | 87.10 | |
| Margaret Haas - 2018 | Associate | 2012 | Chicago | | 7.60 | |
| Margaret Haas - 2019 | Associate | 2012 | Chicago | | 207.80 | |
| Margaret Haas - 2019 | Associate | 2012 | Chicago | | 39.00 | |
| Margaret Haas - 2020 | Associate | 2012 | Chicago | | 140.90 | |
| Marot Lorimer - 2017 | Paralegal | NA | Chicago | | 158.10 | |
| Marot Lorimer - 2018 | Paralegal | NA | Chicago | | 7.40 | |
| Matthew A. Bergjans - 2015 | Associate | 2014 | Los Angeles | | 15.80 | |
| Matthew A. Bergjans - 2016 | Associate | 2014 | Los Angeles | | 74.70 | |
| Rachel Appleton - 2016 | Associate | 2011 | Los Angeles | | 1.80 | |
| Stephen Swedlow - 2016 | Partner | 1995 | Chicago | | 592.80 | |
| Stephen Swedlow - 2017 | Partner | 1995 | Chicago | | 362.40 | |
| Stephen Swedlow - 2018 | Partner | 1995 | Chicago | | 176.10 | |
| Stephen Swedlow - 2019 | Partner | 1995 | Chicago | | 230.10 | |
| Stephen Swedlow - 2020 | Partner | 1995 | Chicago | | 381.30 | |
| Steven M. Edwards - 2016 | Of Counsel | 1972 | New York | | 4.00 | |
| Teri Juarez - 2019 | Paralegal | NA | Los Angeles | | 0.80 | |
| Teri Juarez - 2020 | Paralegal | NA | Los Angeles | | 0.80 | |
| | | | | | 9,630.60 | $16,083,217.00 |
| | | | | | | |
| | | | | | Costs (7/30/20) | $394,491.64 |
| | | | | | | |
| | | | | | **Fees + Costs** | $16,477,708.64 |

6

Lodestar Comparison Summary

| Rates | Total Lodestar | 5% Fee | Implied Multiplier |
|---|---|---|---|
| Historical | $9,698,059.50 | $184,848,671.67 | 19.06 |
| 2020 Current | $11,372,851.50 | $184,848,671.67 | 16.25 |
| 2023 Current | $16,083,217.00 | $184,848,671.67 | 11.49 |