**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, <br><br> Plaintiff, <br> on behalf of itself and all others similarly situated, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | No. 1:16-cv-259C-KCD <br> (Judge Davis) |
| COMMON GROUND HEALTHCARE COOPERATIVE, <br><br> Plaintiff, <br> on behalf of itself and all others similarly situated, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | No. 1:17-cv-00877-KCD <br> (Judge Davis) |

**[PROPOSED] ORDER GRANTING CLASS COUNSEL'S RENEWED MOTION FOR APPROVAL OF ATTORNEY'S FEE REQUEST FOR THE DISPUTE SUBCLASS (COLORADO HEALTH)**

On November 1, 2024, Class Counsel filed their Renewed Motion for Approval of Attorney's Fee Request for the Dispute Subclass (Colorado Health). Class Counsel requests that the Court approve an award of five percent in attorney's fees from the Dispute Subclass's judgment that is allocated to the risk corridors claims, or approximately $5,530,055.38. Dkt. 200 (ordering and adjudging that Colorado Health shall "recover of and from the United States the amount of $110,601,107.74 for risk corridors benefit years 2014 and 2015"). The Dispute Subclass does not oppose Class Counsel's request.

Having considered Class Counsel's motion regarding Class Counsel's requested five percent fee, the Court finds Class Counsel's request reasonable and **GRANTS** the Renewed Motion. Having determined pursuant to Rule 54(b) of the Rules of the United States Court of Federal Claims that there is no just reason for delay, the Court **DIRECTS** the Clerk to enter judgment in the amount of $5,530,055.38 to be paid to Class Counsel from the Dispute Subclass judgment.

**SO ORDERED.**

Dated:

                                            KATHRYN C. DAVIS
                                            Judge