**Corrected**

### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 16-259 |
| v. | ) ) | Filed: November 19, 2024 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| COMMON GROUND HEALTHCARE COOPERATIVE, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 17-877 |
| v. | ) ) | Filed: November 19, 2024 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

### **ORDER**

On November 13, 2024, Class Counsel filed a Motion to Correct the Judgments entered in the above-captioned cases on October 18, 2024. *See Health Republic*, ECF No. 232; *Common Ground*, ECF No. 232. These Judgments were issued pursuant to the Court's Opinion and Order dated October 10, 2024 (*Health Republic*, ECF No. 224; *Common Ground*, ECF No. 229), granting Class Counsel's renewed Motions for Approval of Attorney's Fee Requests, subject to a fee reduction, and directing the entry of judgment under Rule 54(b) of the Rules of the United States Court of Federal Claims ("RCFC"). *See Health Republic*, ECF No. 226; *Common Ground*, ECF No. 230. Class Counsel contends that, as worded, the Judgments direct payment of their fees to the class representatives in each case, as opposed to payment to Class Counsel from the Non-

Dispute Subclass common fund. *See, e.g.*, *Health Republic*, ECF No. 232 at 1. Plaintiffs ask the Court to correct the Judgments pursuant to RCFC 60(a) to accurately reflect the intentions of the Court's decision. *Id.* at 2.

Having considered Class Counsel's submission, as well as Objectors' response thereto, and finding good cause, the Court **GRANTS** the Motions to Correct Judgments (*See Health Republic*, ECF No. 232; *Common Ground*, ECF No. 232) and directs the Clerk of Court to correct the Judgments to read as follows, and to file the Corrected Judgments *nunc pro tunc* to October 18, 2024:

> Pursuant to the court's Opinion and Order, filed October 10, 2024, granting Class Counsel's renewed motions for approval of attorney's fee request, and directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,
>
> IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that Class Counsel is awarded attorney's fees in the total amount of $92,424,335.84, with $47,591,551.18 from the Non-Dispute Subclass in Health Republic Insurance Company v. United States, No. 16-259 C, and $44,832,784.66 from the Non-Dispute Subclass in Common Ground Healthcare Cooperative v. United States, No. 17-877.
>
> **SO ORDERED**.

Dated: November 22, 2024         */s/ Kathryn C. Davis*
                                 KATHRYN C. DAVIS
                                 Judge