## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>    Plaintiff,<br>    on behalf of itself and all others similarly situated,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 1:16-cv-259C-KCD<br>(Judge Davis) |
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>    Plaintiff,<br>    on behalf of itself and all others similarly situated,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 1:17-cv-00877-KCD<br>(Judge Davis) |

**CLASS COUNSEL'S NOTICE OF COMPLIANCE**

Pursuant to the Court's November 22 Order (Dkt. 242), Class Counsel hereby provides notice and confirmation that it wired $92,424,335.84 to the Claims Administrator for distribution to Non-Dispute Subclass members. Class Counsel also confirms that it has instructed the Claims Administrator to distribute those funds *pro rata* and utilizing the same procedures as it did with the original risk corridors-related damages distributions, by no later than December 16, 2024. Class Counsel has similarly instructed the Claims Administrator to inform it, by no later than December 13, 2024, if any issues have arisen that the Claims Administrator believes will prevent distribution to any Non-Dispute Subclass members by December 16, 2024.

Dated: December 2, 2024                              Respectfully submitted,

                                                     QUINN EMANUEL URQUHART &
                                                     SULLIVAN, LLP

                                                     */s/ Adam B. Wolfson*
                                                     Adam B. Wolfson
                                                     adamwolfson@quinnemanuel.com
                                                     865 S. Figueroa Street
                                                     Los Angeles, California 90017
                                                     Telephone: (213) 443-3000
                                                     Facsimile: (213) 443-3100

                                                     Andrew Schapiro
                                                     andrewschapiro@quinnemanuel.com
                                                     191 North Wacker Drive
                                                     Suite 2700
                                                     Chicago, Illinois 60606
                                                     Telephone: (312) 705-7400
                                                     Facsimile: (312) 705-7401

                                                     *Attorneys for Plaintiff Health Republic Insurance Company, Common Ground Health Cooperative, and the Class*