# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>      Plaintiff,<br>      on behalf of itself and all others similarly situated,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 1:16-cv-259C-KCD<br>(Judge Davis) |
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>      Plaintiff,<br>      on behalf of itself and all others similarly situated,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 1:17-cv-00877-KCD<br>(Judge Davis) |

**STATUS REPORT OF DISTRIBUTIONS OF REPAID ATTORNEYS' FEES**

Pursuant to the Court's December 20, 2024 Order, Class Counsel hereby provides a status update regarding distributions of the repaid attorneys' fees. The following is based on representations made to Class Counsel by the claims administrator.

Based on the distributions for the original fee award, there are 147 class members requiring payment in the *Health Republic* Non-Dispute Subclass, and 132 class members requiring payment in the *Common Ground* Non-Dispute Subclass, for a total of 279 payments across the two subclasses.

As of January 10, 2025 on 12:00 p.m. Pacific, the claims administrator made 182 payments (89 payments for *Health Republic* class members, and 93 payments for *Common Ground* class members). As of that same date, the claims administrator had also confirmed the information needed to make 24 additional payments, which is expected to distribute on the date of this status report.

Of the remaining payments, there are 55 where the claims administrator has wire confirmation pending and 18 payments (for 10 unique class members) where the members have requested payment changes but previously provided irrevocable instruction letters for the 2020 distribution. For those 10 class members, the claims administrator is reviewing the information provided and will prepare a report shortly for Class Counsel's review. The claims administrator is continuing to actively follow up with all outstanding primary contacts and, as needed, researching additional contact information where it has not been able to reach a representative to date.

1

Dated: January 10, 2025                           Respectfully submitted,

                                                  QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Adam B. Wolfson*
Adam B. Wolfson
adamwolfson@quinnemanuel.com
865 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew Schapiro
andrewschapiro@quinnemanuel.com
191 North Wacker Drive
Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Plaintiff Health Republic Insurance Company, Common Ground Health Cooperative, and the Class*