**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HEALTH REPUBLIC INSURANCE COMPANY,<br><br>  Plaintiff,<br>  on behalf of itself and all others similarly situated,<br><br> vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>  Defendant. | No. 1:16-cv-259C-KCD<br>(Judge Davis) |
| COMMON GROUND HEALTHCARE COOPERATIVE,<br><br>  Plaintiff,<br>  on behalf of itself and all others similarly situated,<br><br> vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>  Defendant. | No. 1:17-cv-00877-KCD<br>(Judge Davis) |

**STATUS REPORT OF DISTRIBUTIONS OF REPAID ATTORNEYS' FEES**

Pursuant to the Court's April 21, 2025 Order, Class Counsel hereby provides a status update regarding distributions of the repaid attorneys' fees. The following is based on representations made to Class Counsel by the claims administrator.

Based on the distributions for the original fee award, there were 147 class members requiring payment in the *Health Republic* Non-Dispute Subclass, and 132 class members requiring payment in the *Common Ground* Non-Dispute Subclass, for a total of 279 payments across the two subclasses.

As of May 14, 2025, the claims administrator made 272 payments (144 payments for *Health Republic* class members, and 128 payments for *Common Ground* class members). The seven remaining payments are pending verbal verification of account details and/or on hold due to incomplete account details. The claims administrator is continuing to actively follow up with all outstanding primary contacts and, as needed, researching additional contact information where it has not been able to reach a representative to date. Class Counsel is providing whatever assistance it can for this process, including approving updates to irrevocable instruction letters and identifying updated contact information to the claims administrator.

Dated: May 21, 2025                                  Respectfully submitted,

                                                  QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Adam B. Wolfson*
Adam B. Wolfson
adamwolfson@quinnemanuel.com
865 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew Schapiro
andrewschapiro@quinnemanuel.com
191 North Wacker Drive
Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Plaintiff Health Republic Insurance Company, Common Ground Health Cooperative, and the Class*