# In the United States Court of Federal Claims

No. 16-259 C & 17-877 C

Filed: June 6, 2025

```
*************************************
HEALTH REPUBLIC INSURANCE         *
COMPANY and COMMON GROUND         *
HEALTHCARE COOPERATIVE,           *
         Plaintiffs,              *        Rule 54(b)
                                  *        JUDGMENT
     v.                           *
                                  *
THE UNITED STATES,                *
         Defendant.               *
*************************************
```

**COMMON GROUND HEALTHCARE COOPERATIVE**

    Pursuant to the court's Opinion and Order, filed June 3, 2025, granting objectors' motion to amend judgment to include prejudgment interest, and directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, total prejudgment interest awarded to the Non-Dispute Subclasses on the modified attorney's fee award is $10,002,502.20, with Health Republic Insurance Company to receive $5,150,288.38 and Common Ground Healthcare Cooperative to receive $4,852,213.82.

                                                           Lisa L. Reyes,
                                                          Clerk of Court

                                                      By: s/ Ashley Reams
                                                            Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Effective December 1, 2023, the appeals fee is $605.00.