# In the United States Court of Federal Claims

Nos. 16-259 C
Filed: September 26, 2025

```
*************************************
HEALTH REPUBLIC INSURANCE      *
COMPANY,                       *
         Plaintiff,            *           Rule 54(b)
                               *           JUDGMENT
    v.                         *
                               *
THE UNITED STATES,             *
         Defendant.            *
*************************************
```

     Pursuant to the Court's Order, filed September 23, 2025, granting class counsel's renewed motion for approval of attorney's fees and directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,

     IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that class counsel is awarded attorney's fees in the amount of $5,530,055.38, to be paid from Colorado HealthOp's judgment.

                                                                           Lisa L. Reyes
                                                                           Clerk of Court

                                                            By: s/ Ashley Reams
                                                                           Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals filing fee is $605.00.